THE HONORABLE KAREN STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, a foreign corporation, individually and as subrogee for its insureds, DOUGLAS S. PHILLIPS and MARY E. PHILLIPS, husband and wife; and its insured, NORTHWEST MEDICAL BILLING SERVICES, INC., a Washington corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>BROAN-NUTONE L.L.C, a Delaware limited liability company; JOHN and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X,<br><br>            Defendants. | No. C08 5113 KLS<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

The parties by and through their attorneys of record and pursuant to Federal Rule of Civil Procedure 41(a)(1) stipulate that all claims shall be dismissed with prejudice and without an

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 1

37969-0004/LEGAL14992597.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

award of fees or costs to any party.

## [PROPOSED] ORDER

Based on the above stipulation of the parties, IT IS ORDERED:

1. All claims against Defendant BROAN-NUTONE L.L.C. are hereby dismissed with prejudice.

2. No award of fees or costs shall be made to any party to this stipulation.

DATED THIS 4th day of December, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 2

37969-0004/LEGAL14992597.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Submitted By:

/s/ Scott Loewe (with email authorization)
Scott Loewe, *Pro Hac Vice*
Bauman Loewe Witt & Maxwell, PLLC

Todd K. Skoglund, WSBA No. 30403
Casey & Skoglund, PLLC

Counsel for Plaintiffs


/s/ Todd Rosencrans
Todd W. Rosencrans, WSBA No. 26551
Eric S. Lent, WSBA No. 38308
Perkins Coie LLP

Counsel for Defendant Broan-Nutone L.L.C.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 3

37969-0004/LEGAL14992597.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the below by the method(s) of service indicated.

*Attorney for Plaintiffs*
Todd K. Skoglund
todd@casey-skoglund.com
CASEY & SKOGLUND, PLLC   ☑ By CM/ECF
114 West McGraw St.      ☐ By U.S. Mail
Seattle, WA 98119        ☐ By Messenger
Phone: (206) 284-8165
Fax:   (206) 770-6427

*Attorney for Plaintiffs*
Scott Loewe
sloewe@blwlawfirm.com
BAUMAN LOEWE WITT & MAXWELL, PLLC   ☑ By CM/ECF
8765 East Belle Road, Suite 204     ☐ By U.S. Mail
Scottsdale, AZ 85260                ☐ By Messenger
Phone: (480) 502-4664
Fax:   (480) 502-4774

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

/s/ Julia Wood
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
E-mail: jdwood@perkinscoie.com

08-5113KLS-HARTFORD FOR BROAN-DISMISSAL – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

37969-0004/LEGAL14992597.1